IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES COUNTERMAN,** | : | Civil No. 1:21-CV-00384 |
| Petitioner, | : | |
| v. | : | |
| **SCOTT FINLEY, et al.,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 25th day of August, 2021, in accordance with the Court's accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's objections to the report and recommendation of Magistrate Judge Carlson (Doc. 31) are **OVERRULED**;

2. The Court **ADOPTS** the report and recommendation of the magistrate judge (Doc. 29) in its entirety;

3. Petitioner's request for class certification and petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) are **DENIED**;

4. A certificate of appealability **SHALL NOT** issue; and

5. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge